MARGARET CULVER *v.* MICHAEL CULVER

The defendant's petition for certification for appeal from the Appellate Court, 127 Conn. App. 236 (AC 30500), is denied.

*Karen L. Dowd* and *Brendon P. Levesque*, in support of the petition.

*Samuel V. Schoonmaker IV* and *Wendy Dunne DiChristina*, in opposition.

Decided June 30, 2011

STATE OF CONNECTICUT *v.* ALEX MITCHELL

The defendant's petition for certification for appeal from the Appellate Court, 127 Conn. App. 526 (AC 31709), is denied.

*Richard W. Callahan*, special public defender, in support of the petition.

*Rocco A. Chiarenza*, deputy assistant state's attorney, in opposition.

Decided June 30, 2011